[No. 11471–9–I.  Division One.  August 16, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. MORRIS
JOHN FRAMPTON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 82804, Janice Niemi, J., entered May 16, 1978. *Affirmed* by unpublished opinion per Williams, J., concurred in by Ringold and Corbett, JJ.

[No. 5174–5–II.  Division Two.  August 20, 1982.]

CLIFTON H. PERKINS, ET AL, *Appellants,* v. CHARLES
M. MANKE, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Pierce County, No. 277863, Thomas R. Sauriol, J., entered November 21, 1980. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Reed, C.J., and Swanson, J.

[No. 10148–0–I.  Division One.  August 23, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. FRANCISCO
MARTINEZ–CALDERON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 80–1–04729–5, Terrence A. Carroll, J., entered March 18, 1981. *Affirmed* by unpublished opinion per James, J., concurred in by Andersen, C.J., and Williams, J.